UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT LINDSEY, | ) |
| Movant, | ) |
| v. | ) No. 4:14CV02097 ERW |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Robert Lindsey appeals the Court's Judgment dismissing his motion to vacate, set aside, or correct sentence as successive. Lindsey has neither paid the appellate filing fee nor filed a motion to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall, within twenty-one (21) days of the date of this Order, either pay the $505 appellate filing fee or file a motion to proceed in forma pauperis on appeal.

**IT IS FURTHER ORDERED** that the Clerk shall send movant a copy of the in forma pauperis form for use in habeas corpus cases.

So Ordered this 25th day of March, 2015.

*E. Richard Webber*
_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE